

# Fourth Court of Appeals
## San Antonio, Texas

May 7, 2014

No. 04-12-00837-CV

**DRURY SOUTHWEST, INC.,**
Appellant

v.

**LOUIE LEDEAUX #1, INC.**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-CI-03926
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Sitting: Catherine Stone, Chief Justice
    Karen Angelini, Justice
    Sandee Bryan Marion, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice

On October 30, 2013, this court issued an opinion affirming the trial court's judgment awarding actual and punitive damages to appellee Louie Ledeaux #1, Inc. based on fraud committed by appellant Drury Southwest, Inc. Thereafter, appellant Drury Southwest, Inc. filed a motion for rehearing and a motion for reconsideration en banc. In addition, appellee Louie Ledeaux #1, Inc. filed an unopposed motion requesting that we modify our judgment so that it renders judgment against both Drury Southwest, Inc. and the surety on its supersedeas bond, Travelers Casualty and Surety Company of America. *See* TEX. R. APP. P. 43.5.

The court has considered all the motions filed by the parties. It is ORDERED that the motion for extension of time to file Drury Southwest, Inc.'s motion for rehearing and motion for reconsideration en banc is GRANTED. It is further ORDERED that the motion for rehearing and the motion for reconsideration en banc filed by Drury Southwest, Inc. are DENIED.

In addition, it is ORDERED that Louie Ledeaux #1, Inc.'s unopposed motion to modify our appellate judgment is GRANTED, and an amended judgment will be issued by the court contemporaneously with this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of May, 2014.

_____
Keith E. Hottle
Clerk of Court